```
                         United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                         Case No. 19-12389-jps
Wilbur J. Withrow                                              Chapter 13
Letitia C. Withrow
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: athre              Page 1 of 1          Date Rcvd: Apr 22, 2019
                              Form ID: pdf746          Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
```
db/db         +Wilbur J. Withrow,    Letitia C. Withrow,    3795 Northampton Road,
                Cleveland Heights, OH 44121-2026
              +Defense Finance & Actg Service,    Agent for Veterans Affairs,    1240 E 9th St., Room 1907,
                Cleveland,, OH 44199-9904
              +Wilbur and Letitia Withrow,    3795 Northampton Road,    Cleveland, OH 44121-2026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Apr 22 2019 21:54:24     Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2019 22:07:34
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
```
              Lauren A. Helbling    ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com
              Renee   Heller    on behalf of Debtor Wilbur J. Withrow rhlegal@aol.com
              Renee   Heller    on behalf of Debtor Letitia C. Withrow rhlegal@aol.com
                                                                                              TOTAL: 3
```

Dated: 22 April 2019  02:25 PM

ENTERED UNDER AMENDED ADMINISTRATIVE ORDER NO. 11-02
TERESA D. UNDERWOOD,
CLERK OF BANKRUPTCY COURT

BY: /s/ A. A. Threatt_____
       **Deputy Clerk**

**THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: **Wilbur Withrow** | ) | Case No. 19-12389 |
| **Letitia Withrow aka Richardson** | ) | |
| **Debtors** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **ORDER DIRECTING EMPLOYER TO MAKE** |
| **Social Security No. xxx-xx-0772** | ) | **DEDUCTIONS FROM DEBTOR-EMPLOYEE'S** |
| | ) | **WAGES, COMBINED WITH RELATED ORDERS** |
| | ) | |

To: **Defense Finance & Actg Service**

The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

Employer's Name: Defense Finance & Actg Service
                 Agent for Veterans Affairs
Address:         1240 E 9th St., Room 1907
City/State/Zip:  Cleveland, OH 44199
Phone:           (844) 698-2311

In accordance with the relevant provisions of the Debtor's proposed Plan,

IT IS THEREFORE, ORDERED, under 11 U.S.C. §1325(c) and §1326, that the Debtor's employer immediately deduct $1,195.00 per month and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Lauren Helbling, Chapter 13 Trustee
PO Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

**19-12389**

IT IS FURTHER ORDERED, under 11 U.S.C. §362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED, that if the Debtor's employment is terminated during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

Attorney for Debtor: Renée Heller (0062894)
Address: 14077 Cedar Road, Suite 101
City/State/Zip: Cleveland, OH 44118
Phone: (216) 691-0404

Prepared by:

/s/ Renee Heller
Renee Heller (0062894)
Attorney for Debtor
14077 Cedar Road, Suite 101
Cleveland, OH 44118
(216) 691-0404

CERTIFICATE OF SERVICE

A copy of the foregoing *Order Directing Employer To Make Deductions From Debtor-Employee's Wages Combined With Related Orders* has been forwarded to the following persons, via regular mail or electronically, to wit:

Lauren Helbling, Chapter 13 Trustee
Via Court mail box

Renee Heller, Attorney for Debtor
14077 Cedar Road, Suite 101
Cleveland, OH 44118

Wilbur and Letitia Withrow, debtors
3795 Northampton Road
Cleveland., OH 44121

Defense Finance & Actg Service
Agent for Veterans Affairs
1240 E 9th St., Room 1907
Cleveland, OH 44199